UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14113-CV-MIDDLEBROOKS/Maynard

ANTRAWN PRICE,

    Petitioner,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF FLORIDA,

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Shaniek Maynard's Report and Recommendation ("Report"), issued on December 10, 2021. (DE 15). The Report recommends denying Petitioner Antrawn Price's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. Petitioner filed objections on January 24, 2022. (DE 18).

I have conducted a *de novo* review of Judge Maynard's Report, the record in this case, and I have considered the applicable law. I have also considered Petitioner's objections, and I find that they lack merit. Accordingly, I agree with Judge Maynard's recommendations and adopt her Report. Further, I find that Petitioner cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 15) is **ADOPTED**.

(2) Movant's Objections (DE 18) are **OVERRULED.**

(3) Petitioner Antrawn Price's Petition Under 28 U.S.C. § 2254 For Writ of Habeas

Corpus (DE 1) is **DENIED.**

(4) No certificate of appealability shall issue.

(5) Final Judgment shall be entered by separate Order.

**SIGNED** in West Palm Beach, Florida, this 28th day of January, 2022.

_____
Donald M. Middlebrooks
United States District Judge

cc:   Honorable Shaniek Maynard
      Counsel of Record